# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD G. ARMSTRONG, | No. C 11-02616 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| A. WASHINGTON-ADDUCI, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner alleges claims relating to a disciplinary proceeding at the Federal Correctional Institution in Terminal Island, California, which is in Los Angeles County. Los Angeles County is in the Central District of California. Venue is proper in a 28 U.S.C. § 2254 action in the jurisdiction where the habeas petitioner is confined. *See Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988); *see also McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976). Accordingly, because petitioner is confined in the Central District of California, and because the disciplinary proceeding occurred there, this action is TRANSFERRED to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1404(a) and in the interest of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: July 8, 2011

RICHARD SEEBORG
United States District Judge