UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONALD G. ARMSTRONG, | ) | No. CV 11-05945-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. WASHINGTON-ADDUCI, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:   April 25, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE